UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                       Case No. 09-10650
                                            Hon. Patrick J. Duggan

RICKEY VALENTINE,
        Defendant.
_____

### ORDER FOR SUMMARY JUDGMENT

Plaintiff, the UNITED STATES OF AMERICA, having filed its written Motion for Summary Judgment pursuant to FRCP 56; the Court having reviewed said Motion and being fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment is granted.

**IT IS FURTHER ORDERED** that a Judgment against Defendant, RICKEY VALENTINE in the amount of $1,452.61, plus pre-judgment interest in the amount of $1,282.82 as of June 3, 2009 and $350.00 in court costs for a total judgment amount of $3,085.43 together with post judgment interest pursuant to 28 U.S.C. 1961 is awarded in favor of Plaintiff, the UNITED STATES OF AMERICA.

**IT IS SO ORDERED.**

                              s/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated: June 3, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 3, 2009, by electronic and/or ordinary mail.

                              s/Marilyn Orem
                              Case Manager